## Ashman's Estate (No. 2).

Argued April 22, 1907. Appeals, No. 260, Jan. T., 1906, by George H. Ashman, No. 261, Jan. T., 1906, by Cornelius I. Ashman, No. 262, Jan. T., 1906, by Lillian Bernhardt, and No. 263, Jan. T., 1906, by H. H. Ashman, from decree of O. C. Huntingdon Co., overruling exceptions to auditor's report in Estate of Mary Jane Ashman. Before FELL, BROWN, POTTER, ELKIN and STEWART, JJ. Affirmed.

OPINION BY MR. JUSTICE STEWART, June 3, 1907:

These are separate appeals by several distributees involving the same questions as those considered in the appeal of Sigel Ashman in the same estate, 218 Pa. 509, just decided. For the reasons set out in the opinion delivered in that case, these appeals are dismissed at the cost of the respective appellants and in each case the decree is affirmed.